PS 8
(8/88)

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/6/07

U.S.A. vs. Rey                                Docket: 07-CR-313-1

Petition for Action on Conditions of Pretrial Release

COMES NOW LUIS PIEDRA, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Delsic Rey** who is being charged with Conspiracy to Commit Mail Fraud and was placed under pretrial release supervision by Magistrate Judge Debra Freeman in the Court at SDNY-500 PEARL STREET, on 3/26/07, under the following conditions:

$75,000 PRB secured by $5,000 cash and cosigned by 1 financially responsible person. Travel restricted to SDNY, EDNY, and the District of New Jersey. Surrender travel documents (& no new applications) and regular Pretrial supervision.

Respectfully presenting petition for action of Court and for cause as follows:

**THE DEFENDANT HAS COMPLIED WITH ALL SUPERVISION REQUIREMENTS AND AT THIS TIME, PRETRIAL SERVICES DOES NOT SEE THE NEED FOR SUPERVISION TO CONTINUE. FURTHERMORE, THE DEFENDANT IS SEEKING TO HAVE HIS TRAVEL LIMITS EXTENDED TO PENNSYLVANIA FOR EMPLOYMENT. WE HAVE SPOKEN ASSISTANT U.S. ATTORNEY WILLIAM HARRINGTON REGARDING THE MATTER AND CONSENTS TO BOTH OF THE AFOREMENTIONED APPLICATIONS.**

PRAYING THAT THE COURT WILL ORDER THAT THE DEFENDANT'S BOND CONDITIONS BE MODIFIED TO REMOVE PRETRIAL SERVICES SUPERVISION AND TO EXPAND TRAVEL LIMITS TO INCLUDE THE STATE OF PENNSYLVANIA.

ORDER OF COURT                                Respectfully,

Considered and ordered this __6th__ day

of __July__, 200_7_ and ordered filed
and made a part of the records in the above case.

_Loretta A Preska_                            Luis Piedra
U.S. District Judge                           U.S. Pretrial Services Officer
                                              Place: New York, NY

                                              Date: July 6, 2007