November 21, 2007

BY ECF & FEDERAL EXPRESS
Hon. Loretta A. Preska
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: United States v. Delsic Rey
           07 Cr 313 (LAP)

Dear Judge Preska:

    Please accept this correspondence as a request for the adjournment of the sentence of the defendant, Delsic Rey, presently scheduled for December 10, 2007 to a date in early January, 2008.

    I am requesting the adjournment for the purpose of reviewing the Pre-sentence report with my client and to prepare a sentencing submission to the Court.

    I have discussed the request with both my client and the attorney for the government and all parties consent to the adjournment.

        Respectfully submitted,

        Alan Nelson

cc: AUSA Bill Harrington
    Delsic Rey