**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

RECEIVED
NOV 2 1 2007
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S D. N. Y.

November 21, 2007

BY ECF & FEDERAL EXPRESS
Hon. Loretta A. Preska
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07

Re: United States v. Delsic Rey
    07 Cr 313 (LAP)

Dear Judge Preska:

Please accept this correspondence as a request for the adjournment of the sentence of the defendant, Delsic Rey, presently scheduled for December 10, 2007 to a date in early January, 2008.

I am requesting the adjournment for the purpose of reviewing the Pre-sentence report with my client and to prepare a sentencing submission to the Court.

I have discussed the request with both my client and the attorney for the government and all parties consent to the adjournment.

Respectfully submitted,

Alan Nelson

cc: AUSA Bill Harrington
    Delsic Rey

*Sentencing is adjourned to January 24, 2008 at 9:30 am*
*So ordered*
*Loretta A. Preska*
*USDJ*

*November 27, 2007*