**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

RECEIVED
FEB 27 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

February 16, 2008

BY ECF & U.S. Mail

Hon. Loretta A. Preska
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Delsic Rey
07 Cr 313 (LAP)

Dear Judge Preska:

Please accept this correspondence as a request for the adjournment of the sentence of the defendant, Delsic Rey to March 31, 2008 at 9:30 A.M. a date and time I have been informed by the Court's Deputy is convenient to the Court. *Time is excluded until March 31 to permit the parties to continue their discussions.* I am requesting the adjournment for the purpose of resolving a factual issue with the government and to accommodate my present trial schedule.

I have discussed the request with both my client and the attorney for the government and all parties consent to the adjournment.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
February 28, 2008

Respectfully submitted,

Alan Nelson

cc: AUSA Bill Harrington (ECF)
Delsic Rey